IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVELL FIELDS AND SAMUEL STARKEY,<br><br>Defendants. | 8:17CR242<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 88). The Court has reviewed the record in this case and finds as follows:

1. On May 9, 2018, the Court entered a Preliminary Order of Forfeiture (Filing No. 76) pursuant to 21 U.S.C. §§ 846 and 853 based upon defendant Marvell Field pleading guilty to Count I and admitting the Forfeiture Allegation of the Information and defendant Samuel Starkey pleading guilty to Counts I and II and admitting the forfeiture allegation of the Information. By way of each defendant's admission and the Preliminary Order of Forfeiture, each defendant's interest in a 2015 white Dodge Durango Citadel, VIN #1C4RDJEG9FC817787 and $4,021 in United States currency was forfeited to the government.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 12, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules

for Admiralty or Maritime Claims and Asset Forfeiture Actions. The government filed a Declaration of Publication in this case on July 12, 2018 (Filing No. 87).

3. The Court's review of the file confirms the government's assertion that no Petitions have been filed.

4. The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 88) is granted.

2. All right, title and interest in and to the 2015 white Dodge Durango Citadel, VIN #1C4RDJEG9FC817787 and $4,021 in United States currency held by any person or entity, other than the government, is hereby forever barred and foreclosed.

3. The 2015 white Dodge Durango Citadel, VIN #1C4RDJEG9FC817787 and $4,021 in United States currency is forfeited to the government.

4. The government is directed to dispose of said property in accordance with law.

Dated this 25th day of September, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge