IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR242 |
| v. | |
| MARVELL FIELDS, | JUDGMENT |
| Defendant. | |

In accordance with the Order entered today, the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 104) purportedly filed on behalf of defendant Marvell Fields by Michael J. Dee is denied.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge