IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR242 |
| v. | |
| MARVELL FIELDS, | ORDER |
| Defendant. | |

On May 15, 2019, this Court denied a 28 U.S.C. § 2255 motion (Filing No. 104) filed by Michael J. Dee ("Dee") purportedly on behalf of defendant Marvell Fields ("Fields") because Dee failed to establish his standing to file a motion on Fields's behalf. *See Whitmore v. Arkansas*, 495 U.S. 149, 162-64 (1990) (discussing the requirements of "'next friend' standing in connection with petitions for writs of habeas corpus"). Now before the Court is Dee's Motion to Reconsider (Filing No. 108) his standing. In his motion, Dee confirms that he does not have any relationship with Fields and has never spoken to him. According to Dee, he "attempted to contact" Fields "but the mail with the § 2255 MOTION and Memorandum of Law was returned undelivered." Dee states he "did not contact Mr. Fields" because "[h]e didn't need to know."

Because Dee has not provided any sound basis to review his standing to sue on Fields's behalf, his Motion to Reconsider (Filing No. 108) is denied. The Clerk of the Court shall mail copies of this Order to Fields at the address of record for his current place of incarceration and to Dee at the address listed on the motion.

IT IS SO ORDERED.

Dated this 29th day of May 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge